**In re Robert D. KEYS, Relator.**

**No. 2–03–143–CV.**

Court of Appeals of Texas,
Fort Worth.

May 30, 2003.

Robert D. Keys, pro se.

Panel A: HOLMAN, J.; CAYCE, C.J.; and GARDNER, J.

## OPINION

PER CURIAM.

The court has considered Relator's petition for writ of mandamus and is of the opinion that the relief should be denied. On December 4, 2002, Respondent signed an Order disposing of Relator's "Petition for Expunction of Records" in trial court no. 2002–50019–367, *Ex Parte Robert Daniel Keys;* a copy of the Order is attached to this opinion. Accordingly, Relator's petition for writ of mandamus is denied as moot.